SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ARIN C. HEINZ, MIB #P80252**
Arin.heinz@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-CR-00499-IM** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ISAIAH LUPIT SMITH,** | |
| **Defendant.** | |

## I. INTRODUCTION

Defendant plead guilty to a one count Indictment charging him with violating 18 U.S.C. §922(g)(8). Pursuant to the plea agreement and 18 U.S.C. §3553(a), the Government jointly recommends a sentence of time served, given the Defendant's time in pre-trial custody (approximately 10 months and 24 days in pretrial custody).

## II. FACTUAL BACKGROUND

On November 26, 2024, Jefferson County Circuit Court Judge, Annette Hillamn, issued a permanent stalking protective order (#24SK04221) against the Defendant, that prohibited his contact with Adult Victim 1 (AV1). PSR ¶ 11. The stalking protective order met the requisite requirements under 18 U.S.C. § 922(g)(8) and was issued after a hearing that the Defendant had

notice of and an opportunity to be heard. PSR ¶ 11-14. The order also included a firearm prohibition. PSR ¶ 13. Defendant was served with the order.

On November 14, 2025, Warm Springs police officers were dispatched to a report of a restraining order violation nearby AV1's residence. PSR ¶ 16. The officer attempted to do a traffic stop on the vehicle the Defendant was driving, recognizing that the Defendant had both tribal and state protective orders in effect. PSR ¶ 16. The Defendant did not immediately stop driving and the officer observed Defendant moving around in a fashion consistent with attempting to hide items in the vehicle. PSR ¶ 17. When Defendant finally stopped, was not cooperative with officers on scene, but officers were eventually able to take in into custody. PSR ¶ 20-23. During an inventory search of the vehicle, officers located an empty extended magazine in a backpack, 57 rounds of ammunition in the glovebox and under the passenger seat, and a Smith & Wesson Shield 9mm handgun (serial #JDB6100). Law enforcement determined the firearm traveled in and impacted interstate commerce. PSR ¶ 24,30.

## III. GUIDELINE CALCULATIONS

The presentence report correctly calculates Defendant's base offense level as 14 pursuant to USSG §2K2.1(a)(6)(A).[1] PSR ¶ 41. No other specific offense characteristics apply. The government agreed to recommend -2 for acceptance of responsibility pursuant to USSG § 3E1.1(a), resulting in a total offense level of 12. PSR ¶ 48. The PSR correctly calculates Defendant's criminal history category as II, resulting in a guideline range of 12-18 months. PSR ¶132.

[1] In the plea letter the parties erroneously determined the base offense level was 12 pursuant to USSG §2K2.1(a)(7). Nonetheless, the Government stands by the plea agreement in this case, and the recommendation for the Court to impose a time served sentence.

## IV. ARGUMENT

A sentence of time served is appropriate in light of the nature and circumstances of the offense, the need to promote respect for the law and provide just punishment, and the need to deter the defendant from future crimes. 18 U.S.C. § 3553(a). Defendant's conduct of possessing a firearm in the vicinity of AV1's residence, despite the protective orders in place, is particularly concerning due to his past history with AV1. PSR ¶ 31-34,36. Nonetheless, Defendant has served nearly 11 months in custody since he appeared pursuant to the federal writ. He also struggles with dual diagnosis mental health and substance abuse issues. He has indicated he is eager to receive treatment following his time in federal custody and needs to resolve tribal and state charges. In light of these factors and pursuant to 18 U.S.C. § 3553(a), the Government joins Defense Counsel and U.S. Probation in recommending a time served sentence.

Dated: October 1, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Arin C. Heinz*
ARIN C. HEINZ, MIB #P80252
Assistant United States Attorney